**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gersonsmoger@gmail.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
Mark T. Baller (SBN 261331)
markballer@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Phone:  (510) 531-4529
Fax:    (510) 531-4377

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
Miriam L. Schimmel (SBN 185089)
mschimmel@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax    (215) 851-8029

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:   (818) 654-5988

Attorneys for Plaintiffs and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB; and DOES 1 through 200, inclusive,<br><br>    Defendants. | **CASE NO. 3:09-cv-03288-PJH**<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING AND BRIEFING DATES RE PLAINTIFFS MOTION TO REMAND ACTION BACK TO STATE COURT**<br><br>Complaint filed:   June 2, 2009<br>Removal filed:    July 17, 2009 |

1 **STIPULATION**

2 WHEREAS, on June 2, 2009, Plaintiffs, DOROTHY PERALTA, STEVEN S. BIGVERDI and
3 JAMES MOSCOSO ("Plaintiffs"), filed their class action complaint in the Superior Court of California,
4 Alameda County;

5 WHEREAS, on July 17, 2009, Defendants, COUNTRYWIDE HOME LOANS, INC. f/k/a
6 AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and
7 COUNTRYWIDE BANK, FSB ("Defendants), filed their removal to the United States District Court,
8 Northern District of California;

9 WHEREAS, on August 12, 2009, Plaintiffs filed their motion for remand for hearing on
10 September 16, 2009 before United States Magistrate Judge, James Larson;

11 WHEREAS, on that same day, August 12, 2009, Defendants filed their Declination to Proceed
12 Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

13 WHEREAS, on August 14, 2009, Plaintiffs filed their Amended Notice of Motion to Remand for
14 hearing on September 16, 2009 before this Court;

15 WHEREAS, on that same date, August 14, 2009, counsel for Defendants requested to move the
16 hearing date on Plaintiffs motion for remand; and

17 WHEREAS, counsel for Defendants and counsel for Plaintiffs have agreed to continue the
18 hearing date and modify the briefing schedule as follows.

19 IT IS THEREFORE STIPULATED by and between Defendants and Plaintiffs that, should the
20 Court's schedule permit, the hearing on Plaintiffs motion for remand set for September 16, 2009 be
21 continued to October 21, 2009.   Defendants opposition shall now be due on September 16, 2009 and
22 Plaintiffs reply shall be due on October 7, 2009.

23 IT IS SO STIPULATED:

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| DATED: August 18, 2009 | Respectfully submitted,<br>DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO |
| | By their attorneys, |
| | */s/ David M. Arbogast*<br>David M. Arbogast, Esq.<br>**ARBOGAST & BERNS LLP**<br>19510 Ventura Blvd., Suite 200<br>Tarzana, CA  91356<br>Phone: (818) 961-2000<br>Fax:    (818) 867-4820 |
| | *Attorneys for Plaintiff* |
| DATED: August 18, 2009 | COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB |
| | By their attorneys, |
| | */s/ Brooks R. Brown*<br>Brooks R. Brown (SBN 250724)<br>**GOODWIN PROCTER LLP**<br>10250 Constellation Boulevard<br>Los Angeles, CA  90067<br>Phone: (310) 788-5100<br>Fax:    (310) 286-0992<br>bbrown@goodwinprocter.com |

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs motion for remand, currently set for September 16, 2009, is continued to Wednesday, October ~~21~~ 28, 2009 at 9:00 a.m.;

2. Defendants opposition shall now be due on or before September 16, 2009; and

3. Plaintiffs reply shall now be due on or before October 7, 2009.

**IT IS SO ORDERED**

Dated: ___August 20___, 2009

_____
HON. PHYLLIS
DISTRICT COU

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

-3-

Stipulation and [Proposed] Order re Motion for Remand - 3:09-cv-03288-PJH