1  BROOKS R. BROWN (SBN 250724)
   *bbrown@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   10250 Constellation Blvd.
3  Los Angeles, California  90067
   Tel.:  310.788.5100
4  Fax:  310.286.0992

5  ROBERT B. BADER (SBN 233165)
   *rbader@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
7  San Francisco, California  94111
   Tel.:  415.733.6000
8  Fax:  415.677.9041

9  **Attorneys for Defendants**

10

11                       **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                               **OAKLAND DIVISION**

14  DOROTHY PERALTA, STEVEN S.              Case No. 4:09-CV-03288-PJH
    BIGVERDI, and JAMES MOSCOSO, on
15  behalf of themselves and others similarly   **[~~PROPOSED~~] ORDER CONTINUING
    situated,                                HEARINGS ON PLAINTIFFS' MOTION TO
16                                           REMAND AND DEFENDANTS' AMENDED
                     Plaintiffs,             MOTION TO DISMISS AND MOTION TO
17                                           TRANSFER, AND MODIFYING BRIEFING
            v.                               SCHEDULE ON PLAINTIFFS' MOTION TO
18                                           REMAND**

19  COUNTRYWIDE HOME LOANS, INC.
    f/k/a AMERICAS WHOLESALE LENDER,         Judge: Hon. Phyllis J. Hamilton
20  COUNTRYWIDE HOME LOANS, INC.,
    and COUNTRYWIDE BANK, FSB; and
21  DOES 1 through 200, inclusive,

22                   Defendants.

23

24

25

26

27

28

[PROPOSED] ORDER                                                    Case No. C 09-03288 PJH

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation Continuing Hearing on Plaintiffs' Motion to Remand, and Modifying Briefing Schedule on Plaintiffs' Motion to Remand and Defendants' Motion to Transfer Venue, and for good cause having been shown, IT IS HEREBY ORDERED THAT

1. The hearing date on the Motion to Remand and Amended Motion to Dismiss shall be continued from October 28, 2009 to November 4, 2009 at 9:00 a.m.;

2. The hearing date on the Motion to Transfer shall be continued from October 21, 2009 to November 4, 2009 at 9:00 a.m.;

3. The Countrywide Defendants' opposition to the Motion to Remand shall be due on or before September 23, 2009;

4. Plaintiffs' reply in support of the Motion to Remand shall be due on or before October 14, 2009;

5. Plaintiffs' oppositions to the Amended Motion to Dismiss and Motion to Transfer shall be due on or before October 14, 2009; and

6. The Countrywide Defendants' replies in support of the Amended Motion to Dismiss and Motion to Transfer shall be due on or before October 21, 2009.

**IT IS SO ORDERED**.

Dated: __September 21_____, 2009



_____
HAMILTON
District Court Judge

[PROPOSED] ORDER

1

Case No. C 09-03288 PJH

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this **15th** day of **September, 2009**.

/s/ Brooks R. Brown
Brooks R. Brown

**Goodwin Procter LLP**
**10250 Constellation Blvd.**
**Los Angeles, California 90067**

2

[PROPOSED] ORDER                                             Case No. C 09-03288 PJH